UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW McSHANE,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:21-1505 |
| v. : | (JUDGE MANNION) |
| **KEN MORRIS, MONROE** : | |
| **COUNTY,SHERIFF,** *et al.*, | |
| : | |
| **Defendants** | |

## ORDER

For the reasons set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's Petition insofar as it is construed as a request for immediate injunctive relief seeking to prevent his September 5, 2021 eviction from the property located at 935 Gilbert Road, Effort, PA, by the Monroe County Sheriff's Office, **(Doc. 1)**, is **DENIED**;

**(2)** The plaintiff's due process claims in his Petition, **(Doc. 1)**, are **DISMISSED WITH PREJUDICE** since the court lacks jurisdiction over them; and

**(3)**     The clerk of court is directed to **CLOSE** this case.

                                            s/ *Malachy E. Mannion*
                                           **MALACHY E. MANNION**
                                           **United States District Judge**

**Dated: September 2, 2021**
21-1505-02-ORDER